150 U.S. 633 (1893)
HAMMOND
v.
CONNECTICUT MUTUAL LIFE INSURANCE COMPANY.
HAMMOND
v.
GORDON.
Nos. 937, 938.
Supreme Court of United States.
Submitted December 11, 1893.
Decided December 18, 1893.
ERROR TO THE SUPREME COURT OF THE STATE OF MISSOURI.
*636 Mr. J.B. Henderson, for the defendants in error.
Mr. D.T. Jewett and Mr. Leverett Bell opposing.
THE CHIEF JUSTICE:
The writs of error are dismissed upon the authority of Hammond v. Johnston, 142 U.S. 73.